NO. 30474

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

LAHAINA FASHIONS, INC., a Hawai‘i corporation,
Petitioner,

vs.

THE HONORABLE JOEL E. AUGUST and THE HONORABLE JOSEPH E.
CARDOZA, JUDGES OF THE CIRCUIT COURT OF THE SECOND
CIRCUIT, STATE OF HAWAI‘I; BANK OF HAWAI‘I, a Hawai‘i
corporation; HAWAIIAN TRUST COMPANY, LTD., as
Trustee for Hawai‘i Real Estate Equity Fund;
HAWAI‘I REAL ESTATE EQUITY FUND; PACIFIC CENTURY
TRUST, a division of Bank of Hawai‘i as Trustee of
the Hawai‘i Real Estate Equity Fund,
Respondents.

ORIGINAL PROCEEDING
(CIVIL NO. 07-1-0506)

ORDER
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the petition for a writ of
mandamus filed by petitioner Lahaina Fashions, Inc. and the
papers in support, it appears that petitioner can seek review of
the respondent judges' rulings by appealing from the final
judgment entered in Civil No. 07-1-0506. Therefore, petitioner
is not entitled to mandamus relief. See Kema v. Gaddis, 91
Hawai‘i 200, 204, 982 P.2d 334, 338 (1999) (A writ of mandamus is
an extraordinary remedy that will not issue unless the petitioner
demonstrates a clear and indisputable right to relief and a lack
of alternative means to redress adequately the alleged wrong or
obtain the requested action. Such writs are not intended to
supersede the legal discretionary authority of the lower courts,

nor are they intended to serve as legal remedies in lieu of normal appellate procedures.).  Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED: Honolulu, Hawai'i, May 6, 2010.